IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY WILLIAMS,** : | **CIVIL NO. 1:14-CV-1338** |
| **Plaintiff** : | |
| v. : | **(Judge Rambo)** |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** *et al.,* : | **(Magistrate Judge Mehalchick)** |
| **Defendants** : | |

# **O R D E R**

AND NOW, this 30th day of January, 2015, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the reports and recommendations of August 27, 2014 (Doc. 11) and November 18, 2014 (Doc. 14).

2) Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED**.

3) This action is dismissed pursuant to 28 U.S.C. § 1915(g).

4) The Clerk of Court shall close the file.

5) Any appeal from this order will be deemed frivolous and not taken in good faith.

                                                                    s/Sylvia H. Rambo
                                                   United States District Judge